**Janice C. INGLE, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 03–2332.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2004.

Decided: Sept. 24, 2004.

Hugh A. Blackwell, Mitchell, Blackwell & Mitchell, P.A., Valdese, North Carolina, for Appellant.

Robert J. Conrad, Jr., United States Attorney, Paul B. Taylor, Assistant United States Attorney, Robert J. Triba, Chief Regional Counsel, Christopher A. Michaels, Assistant Regional Counsel, Boston, Massachusetts, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

* The parties consented to the jurisdiction of the

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janice C. Ingle appeals the magistrate judge's decision * upholding the decision of the Commissioner to deny Ingle's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ingle v. Barnhart,* No. CA–03–7 (W.D.N.C. filed Aug. 19, 2003; entered Aug. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

